**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS**

| | |
|---|---|
| ROSEBUD SIOUX TRIBE and FORT BELKNAP INDIAN COMMUNITY, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES DEPARTMENT OF STATE; MICHAEL R. POMPEO, in his official capacity; and THOMAS J. SHANNON, JR., in his official capacity, <br><br> Defendants | CV-18-118-GF-BMM <br><br><br> **ORDER** |

Intervenor-Defendants, TransCanada Corporation (TransCanada), have

moved for an order allowing Peter R. Steenland, Esq. and Peter C. Whitfield, Esq.

to appear *pro hac vice* in this case with Jeffrey M. Roth, Esq., designated as local

counsel.  The applications of Mr. Steenland and Mr. Whitfield appear to be in

compliance with L.R. 83.1(d).

IT IS ORDERED:

TransCanada's motions to allow Mr. Steenland and Mr. Whitfield to appear

on it's behalf (Docs. 26 and 27) are GRANTED, subject to the following

conditions:

1.     Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

2.     Only one attorney appearing *pro hac vice* may act as co-lead counsel;

3.      Mr. Steenland and Mr. Whitfield must each do their own work.  Each must do their own writing, sign their own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

4.     Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

5.     Admission is personal to Mr. Steenland and Mr. Whitfield .

IT IS FURTHER ORDERED:

Each applicant shall file, within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of their admission under the terms set forth above.

DATED this 2nd day of January, 2019.

Brian Morris
United States District Court Judge