# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| ROSEBUD SIOUX TRIBE, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES DEPARTMENT OF STATE, et al., <br><br> vs. <br> and <br><br> TRANSCANADA CORP., et al., <br><br> Defendants-Intervenors. | **CV-18-118-GF-BMM** <br><br> **ORDER** |

Before the Court is Defendants' U.S. Department of State *et al.* Motion for Stay (Doc. 36) of the February 4, 2019 deadline requiring Defendants to answer Plaintiffs' complaint. (Doc. 29).

Federal Defendants seek to stay their answer deadline because funding for the Department of Justice expired and appropriations to the Department have lapsed. (Doc. 36 at 2). This lapse in appropriations has caused the Department of Justice attorneys and other governmental employees related to this suit to work in

1

very limited circumstances. *Id.* Defendants seek a stay of the deadline until Congress has restored appropriations to the Department. *Id.*

Indeed, the Federal Government remains partially shutdown and continues to impact negatively close to one million federal workers. To stay these proceedings, however, due to the Federal Government's failure to reopen and deny the Plaintiffs the right to be heard in relation to these alleged harms would contradict the interests of justice.

## **ORDER**

Accordingly, IT IS ORDERED that Defendants' Motion for Stay (Doc. 36) is DENIED.

DATED this 28th day of January, 2019.

*/s/ Brian Morris*

Brian Morris
United States District Court Judge