| | |
|---|---|
| Jeffery J. Oven | Peter R. Steenland, Jr. |
| Jeffrey M. Roth | Peter R. Whitfield |
| CROWLEY FLECK PLLP | SIDLEY AUSTIN LLP |
| 490 North 31st Street, Ste. 500 | 1501 K Street, N.W. |
| Billings, MT 59103-2529 | Washington, D.C. 20005 |
| Telephone: 406-252-3441 | Telephone: 202-736-8000 |
| Email: joven@crowleyfleck.com | Email: psteenland@sidley.com |
| jroth@jcrowleyfleck.com | pwhitfield@sidley.com |

*Counsel for TransCanada Keystone Pipeline LP and TC Energy Corporation*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| ROSEBUD SIOUX TRIBE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, *et al.,* <br><br> Defendants. | CV 18-118-GF-BMM <br><br><br> **DEFENDANTS TC ENERGY CORPORATION AND TRANSCANDA KEYSTONE PIPELINE, LP'S MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT** |

Defendant-Intervenors TransCanada Keystone Pipeline, LP and TC Energy Corporation[1] hereby move to dismiss all claims in the First Amended Complaint for Declaratory and Injunctive Relief, filed on May 8, 2019 (Doc. 58).

As set forth in the Memorandum in Support accompanying this motion, the eleven claims in the Amended Complaint should be dismissed pursuant to Federal Rule of Civil Procedure Rule 12(b)(1), Rule 12(b)(3), and/or Rule 12(b)(6).

Pursuant to Local Rule 7.1(c)(1), counsel for TC Energy contacted counsel for the parties regarding the filing of this motion, and Plaintiffs Rosebud Sioux Tribe and Fort Belknap Indian Community will oppose the motion.

DATED this 27th day of June, 2019,

| CROWLEY FLECK PLLP | SIDLEY AUSTIN LLP |
|---|---|
| */s/ Jeffery J. Oven* | */s/ Peter R. Steenland, Jr.* |
| Jeffery J. Oven | Peter R. Steenland, Jr. |
| Jeffrey M. Roth | Peter R. Whitfield |
| 490 North 31st Street, Ste. 500 | 1501 K Street, N.W. |
| Billings, MT 59103-2529 | Washington, D.C. 20005 |
| Telephone: 406-252-3441 | Telephone: 202-736-8000 |
| Email: joven@crowleyfleck.com | Email: psteenland@sidley.com |
| jroth@jcrowleyfleck.com | pwhitfield@sidley.com |

*Counsel for TransCanada Keystone Pipeline LP and TC Energy Corporation*

---

[1] Since Plaintiffs amended their Complaint, Defendant TransCanada Corporation changed its name to TC Energy Corporation.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served today via the Court's CM/ECF system on all counsel of record.

*/s/ Jeffery J. Oven*