MARK STEGER SMITH
Assistant U.S. Attorney
U.S. Attorney's Office
2601 Second Avenue North, Suite 3200
Billings, MT 59101
Ph: (406) 247-4667; Fax: (406) 657-6058
mark.smith3@usdoj.gov

LAWRENCE  J. VANDYKE
Deputy Assistant Attorney General

LUTHER L. HAJEK (CO Bar 44303)
United States Department of Justice
Environment and Natural Resources Division
999 18th St., South Terrace, Suite 370
Denver, CO 80202
Ph: (303) 844-1376; Fax: (303) 844-1350
luke.hajek@usdoj.gov

*Attorneys for Federal Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| ROSEBUD SIOUX TRIBE, *et al*., | CV 18-118-GF-BMM |
| Plaintiffs, | |
| v. | |
| DONALD J. TRUMP, *et al.,* | **DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT** |
| Defendants, | |
| and | |
| TC ENERGY CORP., *et al.,* | |
| Defendant-Intervenors. | |

Defendants U.S. Department of State *et al.* hereby move, pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), to dismiss Plaintiffs' First Amended Complaint for Declaratory and Injunctive Relief (ECF No. 58).  The grounds for this motion are set forth in the accompanying memorandum in support.

Pursuant to local rule 7.1(c)(1), Defendants' counsel contacted counsel for the parties regarding the filing of this motion.  Plaintiffs Rosebud Sioux Tribe *et al.* oppose this motion and Defendant-Intervenors TC Energy Corp. *et al.* do not oppose this motion.

Respectfully submitted this 27th day of June, 2019,

LAWRENCE J. VANDYKE
Deputy Assistant Attorney General

*/s/ Luther L. Hajek*
LUTHER L. HAJEK (CO Bar 44303)
United States Department of Justice
Environment and Natural Resources Division
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Ph: (303) 844-1376; Fax: (303) 844-1350
luke.hajek@usdoj.gov

*Attorneys for Federal Defendants*

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 27, 2019, a copy of the foregoing Defendants'

Motion to Dismiss Plaintiffs' First Amended Complaint was served on all counsel

of record via the Court's CM/ECF system.

*/s/ Luther L. Hajek*
LUTHER L. HAJEK
U.S. Department of Justice