# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| ROSEBUD SIOUX TRIBE and FORT BELKNAP INDIAN COMMUNITY,<br><br>Plaintiffs,<br><br>and<br><br>INDIGENOUS ENVIRONEMTNAL NETWORK and NORTH COAST RIVERS ALLIANCE,<br><br>Plaintiffs,<br><br>vs.<br><br>DONALD J. TRUMP, *et al.*<br><br>Defendants,<br><br>and<br><br>TRANSCANADA KEYSTONE PIPELINE LP, a Delaware limited partnership, and TC ENERGY CORPORATION, a Canadian Public Company,<br><br>Defendant-Intervenors. | **CV-18-118-GF-BMM**<br><br>**CV-19-28-GF-BMM**<br><br><br><br>**ORDER** |

Plaintiffs Rosebud Sioux Tribe filed their First Amended Complaint against President Donald J. Trump *et al.* in CV-18-118-GF-BMM on May 8, 2019. Defendants TC Energy Corporation and U.S. Department of State *et al.* filed

motions to dismiss on June 27, 2019. (Docs. 64, 66.) A hearing on the pending motions in CV-18-118-GF-BMM is currently scheduled for August 7, 2019.

Plaintiffs Indigenous Environmental Network filed their Complaint for declaratory and injunctive relief against President Donald J. Trump, *et al.* in CV-19-28-GF-BMM on April 5, 2019. Pending before the Court is a motion to Dismiss filed by Defendants U.S. Department of State *et al.* (Doc. 22), and a Motion for Preliminary Injunction filed by Plaintiffs. (Doc. 27.) The Court has not scheduled a hearing for the pending motions in CV-19-28-GF-BMM.

**IT IS HEREBY ORDERED that:**

Each party shall file a statement of position for the Court's review regarding the consolidation of *Rosebud Sioux Tribe et. al. v. United States Department of State et. al.* (4:18-CV-00118-BMM), and *Indigenous Environmental Network, et. al. v. Trump et. al.* (4:19-CV-00028-BMM), by Monday, July 29, 2019. Each party's statement of position shall not exceed 5,000 words.

DATED this 16th day of July, 2019.

_____
Brian Morris
United States District Court Judge