# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| ROSEBUD SIOUX TRIBE, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>    Defendants,<br><br>and<br><br>TC ENERGY CORPORATION, *et al.*,<br><br>    Defendant-Intervenors. | **CV-18-118-GF-BMM**<br><br><br><br>**ORDER** |

    The Court granted, in part, and denied, in part, TC Energy's and Federal Defendants' Motions to Dismiss on December 20, 2019. (Doc. 92.) The Court's Order denying Defendants' Motions to Dismiss fully resolved those motions. The Court also ordered all parties to submit supplemental briefing on or before January 24, 2020. (Doc. 93.) All parties complied. (Docs. 95, 99 & 101.) The Court further provided the parties with the opportunity to file response briefs to their opponents' supplemental briefs on or before February 14, 2020. (Doc. 93.)

    TC Energy has filed a motion for summary judgment. (Doc. 96.) Plaintiffs thereafter filed a motion requesting a status conference. (Doc. 100.) Plaintiffs seek direction from the Court as to the order, timing, and management of the pending

1

motions and overlapping briefing schedule. (*Id.* at 3.) The Court understands Plaintiffs' need for clarification, but does not believe a status conference proves necessary to provide such clarification.

The Court possess the inherent power to manage its own affairs to achieve the orderly and expeditious disposition of cases. *See Link v. Wabash R. Co.*, 370 U.S. 626, 630–31 (1962). Upon review of the most recent docket filings, the Court determines that the parties should not file response briefs to the supplemental briefs, as previously ordered on December 20, 2019. (Doc. 93.) The Court will consider the arguments each party made in its supplemental briefing as it considers summary judgment motions.

The parties shall, if they wish to file the following motions, responses, and replies, observe this schedule:

| | |
|---|---|
| Plaintiffs shall respond to TC Energy's Motion for Summary Judgment (Doc. 96) on or before: | February 18, 2020 |
| Plaintiffs shall move for summary judgment on or before: | February 18, 2020 |
| Federal Defendants shall move for summary judgment on or before: | February 18, 2020 |
| TC Energy shall reply to Plaintiffs' response to TC Energy's Motion for Summary Judgment on or before: | March 9, 2020 |
| TC Energy and Federal Defendants shall respond to Plaintiffs' Motion for Summary Judgment on or before: | March 9, 2020 |

| | |
|---|---|
| Plaintiffs shall respond to Federal Defendants' Motion for Summary Judgment on or before: | March 9, 2020 |
| Federal Defendants shall reply to Plaintiffs' response to Federal Defendants' Motion for Summary Judgment on or before: | March 23, 2020 |
| Plaintiffs shall reply to TC Energy's and Federal Defendants' responses to Plaintiffs' Motion for Summary Judgment on or before: | March 23, 2020 |

The Court will conduct a hearing on any pending motions on March 25, 2020, at 1:30 p.m.

It is hereby **ORDERED** that Plaintiffs' Motion for a Status Conference (Doc. 100) is **DENIED**.

**IT IS FURTHER ORDERED** that the parties shall follow the schedule as set forth above.

DATED this 3rd day of February, 2020.

_____
Brian Morris
United States District Court Judge