MARK STEGER SMITH
Assistant U.S. Attorney
U.S. Attorney's Office
2601 Second Avenue North, Suite 3200
Billings, MT 59101
Ph: (406) 247-4667; Fax: (406) 657-6058
mark.smith3@usdoj.gov

JEAN E. WILLIAMS
Deputy Assistant Attorney General

LUTHER L. HAJEK (CO Bar 44303)
United States Department of Justice
Environment and Natural Resources Division
999 18th St., South Terrace, Suite 370
Denver, CO 80202
Ph: (303) 844-1376; Fax: (303) 844-1350
luke.hajek@usdoj.gov

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| ROSEBUD SIOUX TRIBE, *et al.*, | CV 18-118-GF-BMM |
| Plaintiffs, | |
| v. | |
| JOSEPH R. BIDEN,[1] *et al.*, | **JOINT MOTION FOR STAY** |
| Defendants, | |
| and | |
| TC ENERGY CORP., *et al.*, | |
| Defendant-Intervenors. | |

---

[1] President Joseph R. Biden is substituted for his predecessor in office pursuant to Federal Rule of Civil Procedure 25(d).

Defendants President Joseph R. Biden *et al.* ("Defendants"), Plaintiffs

Rosebud Sioux Tribe *et al.*, and Defendant-Intervenors TC Energy Corp *et al.*

jointly move for a stay of the case for sixty days.  The case has been fully briefed

on summary judgment and is pending a decision by the Court.  This case involves

President Donald J. Trump's approval of a cross-border permit for the Keystone

XL pipeline, as well as actions by various federal agencies and TC Energy.  The

parties request a stay to allow them to discuss whether further litigation is

necessary in light of the President's revocation of the Presidential permit allowing

the pipeline to cross the border.

In a January 20, 2021 Executive Order, President Joseph R. Biden revoked

the March 29, 2019 Presidential Permit granted to TransCanada Keystone Pipeline,

L.P., for the construction, connection, operation, and maintenance of pipeline

facilities at the international border of the United States and Canada.  *See*

Protecting Public Health and the Environment and Restoring Science to Tackle the

Climate Crisis, 86 Fed. Reg. 7,037, 7,041 (Jan. 20, 2021).  After the issuance of the

executive order revoking the border-crossing permit, TC Energy announced that it

would suspend advancement of the project due to the revocation of the Presidential

Permit.[2]

---

[2] *See* https://www.tcenergy.com/announcements/2021-01-20-tc-energy-disappointed-with-expected-executive-action-revoking-keystone-xl-presidential-permit/.

1

The requested stay will not prejudice any party because TC Energy does not intend to construct any new pump stations or to do any further construction of the pipeline over the next sixty days.  TC Energy intends to consider the impact of the President's decision on the project and does not intend to move forward with pipeline construction while it conducts that evaluation.  If circumstances change and TC Energy later opts to move forward with pipeline construction or construction of new pump stations, it will notify the Court of those plans sixty days in advance of those activities.  Such notice does not apply to actions taken by TC Energy in response to an order from the government, dismantling facilities or movement of equipment, or required environmental protection measures. Additionally, TC Energy does not need to provide notice of other security or maintenance activities for existing infrastructure.

In addition, in order for any construction activity to occur on federal lands under the authority of the U.S. Bureau of Land Management ("BLM") and the U.S. Army Corp of Engineers ("Corps"), TC Energy must request a notice to proceed from BLM.  *See* U.S. Bureau of Land Management, Record of Decision, Keystone XL Pipeline Project, Decision to Grant Right-of-Way and Temporary Use Permit on Federal Land at 7 (Jan. 20, 2020), attached as Ex. 1.  If such a request were submitted, BLM would need to evaluate it to ensure that TC Energy complied with the required terms of the right-of-way grant, and that evaluation would likely take

at least several weeks.  No such application has been submitted, and if an

application is submitted, Defendants will notify the Court.  Further, TC Energy is

required to schedule a preconstruction conference with BLM prior to commencing

any construction or ground-disturbing activities on federal land and must notify

BLM at least 30 days in advance of such preconstruction conference.  *See* U.S.

Bureau of Land Management, Right-of-Way Grant MTM-98191, Temporary Use

Permit MTM-98191-01, at Exhibit B, stipulation 4, attached as Ex. 2.  TC Energy

has not provided BLM notice of a preconstruction conference, and if TC Energy

does provide notice, Defendants will inform the Court.

    In light of these developments, the parties respectfully request that the Court

stay the current litigation deadlines for sixty days, so that the parties may

determine what further proceedings may be necessary in this case. *See Landis v. N.*

*American Co.*, 299 U.S. 248, 254 (1936) (a court has inherent authority to stay

litigation).  During that time, incoming officials within the U.S. Department of the

Interior and other agencies will evaluate the previously issued authorizations for

the pipeline.  The agencies will evaluate whether the authorizations should be

rescinded or suspended in light of the President's action or for other reasons.

Given that many positions within the respective agencies' leadership have not yet

been filled, this process will likely take several weeks.

    At the end of the sixty-day period, the parties will advise the Court whether

3

further proceedings are necessary and, if so, propose a revised briefing

schedule.  If the parties need additional time to discuss potential further

proceedings, the parties will submit a status report and request additional time to

continue their discussions.

Respectfully submitted this 3rd day of February, 2021,

MARK STEGER SMITH
Assistant U.S. Attorney
U.S. Attorney's Office
2601 Second Avenue North, Suite 3200
Billings, MT 59101
Ph: (406) 247-4667; Fax: (406) 657-6058
mark.smith3@usdoj.gov

JEAN E. WILLIAMS
Deputy Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

*/s/ Luther L. Hajek*_____
LUTHER L. HAJEK (CO Bar 44303)
Trial Attorney
Natural Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Ph: (303) 844-1376; Fax: (303) 844-1350
luke.hajek@usdoj.gov

*Attorneys for Defendants*


CROWLEY FLECK PLLP

*/s/ Jeffery J. Oven*
Jeffery J. Oven
Jeffrey M. Roth

490 North 31st Street, Ste. 500
Billings, MT 59103-2529
Telephone: 406-252-3441
Email: joven@crowleyfleck.com
jroth@jcrowleyfleck.com

SIDLEY AUSTIN LLP

*/s/ Peter C. Whitfield*
Peter C. Whitfield
Joseph R. Guerra
1501 K Street, N.W.
Washington, DC 20005
Telephone: 202-736-8000
Email: pwhitfield@sidley.com
jguerra@sidley.com

*Attorneys for Defendant-Intervenors*
*TC Energy Corp. et al.*

Wesley James Furlong (MT Bar No. 42771409)
NATIVE AMERICAN RIGHTS FUND
745 West 4th Avenue, Suite 502
Anchorage, AK 99501
Tel. (907) 276-0680
Fax (907) 276-2466
wfurlong@narf.org

Matthew L. Campbell (pro hac vice)
NATIVE AMERICAN RIGHTS FUND
1506 Broadway
Boulder, CO 80302
Tel. (303) 447-8760
Fax (303) 443-7776
mcampbell@narf.org

*Matthew Campbell*
Staff Attorney

5

Native American Rights Fund
1506 Broadway
Boulder, CO 80302-6296
mcampbell@narf.org
P:303-447-8760
Direct: 720-647-9636
F:303-443-7776

*Attorneys for Plaintiffs*
*Rosebud Sioux Tribe et al.*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(d)(2)(E), the foregoing brief is proportionately spaced, has a typeface of 14 points, and contains 737 words, excluding the tables, caption, signature, certificate of compliance, and certificate of service.

*/s/ Luther L. Hajek*
LUTHER L. HAJEK
U.S. Department of Justice

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 3, 2021, a copy of the foregoing Joint Motion for Stay was served on all counsel of record via the Court's CM/ECF system.

*/s/ Luther L. Hajek*
LUTHER L. HAJEK
U.S. Department of Justice