# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| ROSEBUD SIOUX TRIBE, *et al.*,<br><br>　　　　Plaintiffs,<br>v.<br><br>JOSEPH R. BIDEN, *et al.*,<br><br>　　　　Defendants,<br><br>and<br><br>TC ENERGY CORP., *et al.*,<br><br>　　　　Defendant-Intervenors. | CV 18-118-GF-BMM<br><br><br>**ORDER GRANTING JOINT MOTION FOR STAY** |

　　　　This matter comes before the Court on the parties' Joint Motion for Stay. Having considered the motion and finding that good cause exists to grant the relief requested, the motion is hereby GRANTED. The case is hereby STAYED. Within 60 days of this order, the parties shall submit a status report advising the Court whether a continued stay is warranted or if litigation deadlines should be reinstated, in which case the parties shall propose a revised litigation schedule.

　　　　TC Energy shall notify the Court sixty days in advance of any construction of the main pipeline or new pump stations.

Defendants shall notify the Court if TC Energy requests a notice to proceed from the U.S. Bureau of Land Management ("BLM") or schedules a preconstruction conference with BLM.

DATED this 3rd day of February, 2021.

_____
Brian Morris, Chief District Judge
United States District Court