IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| ROSEBUD SIOUX TRIBE *et al.*, | Case No. 4:18-cv-0118-BMM |
| Plaintiffs, | |
| v. | **ORDER** |
| JOSEPH R. BIDEN, Jr., *et al.*, | |
| Defendants, | |
| and | |
| TC ENERGY CORPORATION *et al.*, | |
| Defendant-Intervenors. | |

On May 5, 2021, the Parties filed a Stipulation of Dismissal Without Prejudice dismissing Plaintiff Rosebud Sioux Tribe's and Fort Belknap Indian Community's case against Defendants Joseph R. Biden, United States Department of State, Antony J. Blinken, David Hale, United States Department of the Interior, and Debra A. Haaland, and Defendant-Intervenors TC Energy Corporation and TransCanada Keystone Pipeline, L.P., in its entirety without prejudice. Doc. 183.

Since Defendants and Defendant-Intervenors have served answers and motions to dismiss, Docs. 96, 108, 123, 129, Plaintiffs may voluntarily dismiss their case without leave of court only if all parties who have appeared stipulate to the dismissal. Fed. R. Civ. P. 41(a)(1)(A)(ii). The filing of a stipulation of dismissal

1

pursuant to Rule 41 automatically terminates the case. All Parties stipulated to the voluntary dismissal without prejudice. Accordingly,

**IT IS HEREBY ORDERED** that this case is DISMISSED WITHOUT PREJUDICE. Each party will bear their own costs and fees.

**IT IS FURTHER ORDERED** that the stay, Doc. 180, is DISSOLVED, all pending motions, Doc. 96, 108, 113, 168, are DENIED AS MOOT, and all pending deadlines, Doc. 182, are VACATED.

**IT IS FURTHER ORDERED** that the Clerk of the Court is directed to close this case.

DATED this 17th day of May, 2021.

_____
Brian Morris, Chief District Judge
United States District Court